1

2

3

4

5                         UNITED STATES DISTRICT COURT

6                               DISTRICT OF NEVADA

7                                      * * *

8    RICHARD DEREK OLSEN,                 )

9                          Plaintiff,     )        2:11-cv-1979-LRH-RJJ
                                          )
10   vs.                                  )
                                          )
11   WYNN LAS VEGAS, LLC,                 )        **ORDER**
                                          )
12                         Defendant.     )
     _____)

13

14        IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status

15   Report on July 30, 2012.

16        IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain

17   the following:

18        1.    Shall identify the discovery that has been completed;

19        2.    Shall identify the discovery that remains outstanding;

20        3.    Shall identify any pending discovery motions; and,

21        4.    Shall detail all attempts to settle the case.

22        DATED this   16th   day of June , 2012.

23

24

25        _____
          ROBERT J. JOHNSTON
26        United States Magistrate Judge

27

28